plaint herein or for other relief, unanimously affirmed, with one bill of costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ ADALINDA REALTY CORP., Appellant, v. CHAS. F. VACHRIS INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent Chas. F. Vachris, Inc. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ JULIUS NEWMAN et al., Respondents-Appellants, v. BERTRAM A. MAYER, Appellant-Respondent.— Order entered July 20, 1956, vacating an order of the Supreme Court, New York County, entered July 17, 1956, and denying defendant's motion for judgment on the pleadings and plaintiff's cross motion for summary judgment, unanimously affirmed. No opinion. Appeal from order entered July 17, 1956, unanimously dismissed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ HILDA M. CARDY, Respondent, v. VERNON G. CARDY, Appellant.— Order denying defendant's motion to dismiss the complaint, unanimously reversed and the motion to dismiss granted, with leave to the plaintiff to replead, with $50 costs and disbursements to the appellant. The complaint does not contain a plain and concise statement of the cause of action and contains allegations which are irrelevant, redundant and scandalous. Settle order on notice. Resettled order granting plaintiff's motion for an order appointing a referee to take the depositions of various named persons as witnesses, for use by plaintiff to oppose defendant's motion to dismiss the complaint, unanimously reversed and the motion denied, with $50 costs and disbursements to the appellant. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ BETTY LEVINE et al., Individually and in Behalf of the Partnership Composed of Themselves and the Defendant MARVIN RAFAL, Doing Business under Name of PERSONNEL INSTITUTE OF NEW YORK, Appellants, v. PERSONNEL INSTITUTE, INC., et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein and Cox, JJ.

■ ROSE K. OURSLER, Appellant, v. ALBERT L. COLE, as Sole Surviving Executor of CHARLES F. OURSLER, Deceased, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ EUGENE GREENHUT, Respondent, v. BUFFALO WEAVING AND BELTING COMPANY, Appellant.— Judgment and order unanimously reversed, with costs to the appellant, and the motion for summary judgment denied. There are issues of fact to be tried. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ BORIS M. VOLYNSKY, Appellant, v. UNITED STATES PLYWOOD CORPORATION, Respondent.— Judgment vacated and the order appealed from unanimously modified so as to grant plaintiff leave to replead. The plaintiff has indicated a desire to replead. We think he should have that opportunity. In providing that opportunity, we do not pass upon whether the cause of action as it may be repleaded will be sufficient to satisfy the Statute of Frauds. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ TILLIE WALDMAN, Respondent, v. ABRAHAM WALDMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See post, p. 968.]